**Order filed, October 23, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-17-00693-CV

### BODY SHOP AUTO STORAGE, Appellant

### V.

### SANTANDER CONSUMER USA INC., Appellee

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Case 1088433**

---

### ORDER

The reporter's record in this case was due October 20, 2017 . *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM